**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD HAMILTON, | |
| Plaintiff, | Case No. 1:25-cv-09393 |
| v. | |
| MARSH & MCLENNAN, LLC a/k/a ASSURANCE, A MARSH & MCLENNAN AGENCY, LLC, a Delaware Corporation, | Honorable LaShonda A. Hunt |
| | Magistrate Judge Maria Valdez |
| Defendant. | |

## DEFENDANT'S AGREED MOTION TO EXTEND FACT DISCOVERY DEADLINE

NOW COMES Defendant Marsh & McLennan Agency, LLC ("Defendant"), by and through its undersigned counsel, and for its Agreed Motion to Extend Fact Discovery Deadline, states as follows:

1. On November 13, 2025, the Court entered a Notification of Docket Entry, setting, among other deadlines, the fact discovery deadline for May 8, 2026.

2. The Parties have served their respective discovery requests, and Plaintiff has served both initial and supplemental discovery responses on Defendant.

3. The Parties are currently meeting and conferring regarding: (a) Plaintiff's April 6, 2026 Rule 37 Meet-and-Confer Letter regarding Defendant's outstanding document production and discovery responses; and (b) Plaintiff's outstanding response to Defendant's March 2, 2026 Rule 37 Meet-and-Confer Letter, as well as issues related to a newly disclosed healthcare provider identified by Plaintiff on March 20, 2026, for whom Defendant will need to issue a subpoena duces tecum upon receipt of an amended executed medical authorization from Plaintiff.

4. Accordingly, Defendant respectfully requests a 60-day extension of the fact

discovery deadline, up to and including July 7, 2026.

5.      Counsel for Defendant contacted counsel for Plaintiff regarding the relief requested herein and counsel for Plaintiff agrees to the requested extension.

6.      The requested extension will not prejudice either party or cause undue delay in these proceedings.

**WHEREFORE**, Defendant Marsh & McLennan Agency, LLC respectfully requests that this Honorable Court enter an Order: (a) granting Defendant's Agreed Motion to Extend Fact Discovery Deadline; (b) extending the fact discovery deadline by sixty (60) days up to and including July 7, 2026; and (c) granting such other and further relief as this Honorable Court deems just and proper.

DATED: April 9, 2026

Respectfully submitted,

MARSH & MCLENNAN AGENCY, LLC


By:*/s/ Brittany N. Bermudez*
        One of Its Attorneys

Lynn Kappelman, (admitted *pro hac vice)*
Brittany N. Bermudez, Bar No. 6317591

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000
lkeppelman@seyfarth.com
bbermudez@seyfarth.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Brittany N. Bermudez, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing document to be filed with the CM/ECF System, which will send notification to counsel of record of such filing on April 9, 2026.

> Patricia L. McLauchlan Jochum
> Favaro & Gorman, Ltd
> 9510 Turnberry Trail
> Lakewood, IL 60014
> (847)934-0060
> Email: pjochum@favarogorman.com
>
> Dennis Ray Favaro
> Favaro & Gorman, Ltd.
> 9510 Turnberry Trail
> Lakewood, IL 60014
> (815) 477-1110
> Email: dfavaro@favarogorman.com

> */s/Brittany N. Bermudez*
> Brittany N. Bermudez

3